GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
NATALIE M. KUZMA, Bar No. 286401
nkuzma@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Fax No.:       925.946.9809

Attorneys for Defendants
RAC ACCEPTANCE WEST, LLC and
ACCEPTANCE NOW, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ESEN HOUSTON,<br><br>    Plaintiff,<br><br> v.<br><br>RAC ACCEPTANCE WEST, LLC, a Delaware limited liability company; ACCEPTANCE NOW, LLC. a California limited liability company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  2:20-cv-01880-MCE-CKO<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR STAY THE CASE AND COMPEL ARBITRATION**<br><br>Date:  December 17, 2020<br>Time:  2:00 p.m.<br>Courtroom:  7<br><br>Complaint filed:  August 14, 2020<br>(Solano County Superior Court Case No.: FCS055207) |

Defendants' unopposed Motion to Compel Arbitration (ECF No. 5) is GRANTED and this case is STAYED pending resolution of those proceedings. Not later than ninety (90) days following the date this order is electronically filed, and every ninety (90) days thereafter until the stay is lifted, the parties shall file a joint status report advising the Court as to the status of these proceedings.

IT IS SO ORDERED.

Dated: December 21, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

GRANTING DEFT'S MOTION TO DISMISS, OR STAY THE CASE AND COMPEL ARBITRATION

Case No. 2:20-cv-01880-MCE-CKO