1  MIRIAM L. SCHIMMEL, ESQ. SBN 185089
   miriam@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  EVAN S. GAINES, ESQ. SBN 287668
   evan@gaineslawfirm.com
4  GAINES & GAINES, APLC
   27200 Agoura Rd., Suite 10
5  Calabasas, CA   91301
   Telephone: (818) 703-8985
6  Facsimile: (818) 703-8984

7  Attorneys for Plaintiff
   ESEN HOUSTON
8

9  GREGORY G. ISKANDER, Bar No. 200215
   giskander@littler.com
10 NATALIE M. KUZMA, Bar No. 286401
   nkuzma@littler.com
11 LITTLER MENDELSON, P.C.
   Treat Towers
12 1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
13 Telephone:   925.932.2468
   Fax No.:     925.946.9809

14 Attorneys for Defendants
   RAC ACCEPTANCE WEST, LLC and
15 ACCEPTANCE NOW, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ESEN HOUSTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAC ACCEPTANCE WEST, LLC, a Delaware limited liability company; ACCEPTANCE NOW, LLC. a California limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01880-MCE-CKO<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(ii)**<br><br>Complaint filed: August 14, 2020<br>(Solano County Superior Court Case No.: FCS055207)<br><br>Case Removed: September 18, 2020 |

1  Plaintiff ESEN HOUSTON ("Plaintiff") and Defendants RAC ACCEPTANCE WEST, LLC
2  and ACCEPTANCE NOW, LLC ("Defendants") (collectively the "Parties") stipulation requesting
3  the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure
4  41(A)(1)(a)(ii) is hereby GRANTED. The Court dismisses this action in its entirety with prejudice,
5  and the Clerk of the Court is directed to close this case.
6  IT IS SO ORDERED.
7  Dated:  December 14, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE